# AFFIDAVIT

I, Jeffrey M. Jones, Parole Officer with the Ohio Adult Parole Authority, Task Force Officer with the Drug Enforcement Administration (DEA), hereinafter referred to as the Affiant, being duly sworn, depose and state as follows:

## INTRODUCTION

1. As a Federal Task Force Officer, your Affiant is an investigative law enforcement officer of the United States of America within the meaning of Title 21 U.S.C. 878. Your Affiant is empowered to conduct investigations and to make arrests for federal drug law offenses.

2. Your Affiant has been a member of the Ohio Adult Parole Authority for twenty-five (25) years and has been assigned as a Task Force Officer for the last year (1 year), duly appointed according to law and acting as such. Your Affiant has received special training in the enforcement of laws concerning controlled substances as found in Title 21 of the United States Code. This special training includes basic drug training at the Adult Parole Authority, as well as attendance at drug enforcement seminars and in-service training.

3. As a Federal Task Force Officer for the past year (1 year), your Affiant has been assigned to investigate activities of drug trafficking organizations, drug-related gang and violent crime activities, and other criminal offenses. As a Task Force Officer, your Affiant has participated in narcotics/drug enforcement, and the dismantlement of mid to upper-level drug trafficking organizations. Your Affiant has planned and executed long-term investigative operations which have led to the disruption and dismantlement of criminal street gangs whose revenues centered primarily around the trafficking and distribution of illicit drugs. Those investigative operations have included undercover operations and Title III intercepts of telephone communications and activities.

4. Your Affiant has been involved in numerous investigations and arrests, drafting and executing search warrants, coordinating undercover purchases of controlled substances and supervising the activities of informants who have provided information concerning the activities of drug traffickers. Your Affiant is familiar with the terminology used by persons involved in

these criminal activities, including the illicit distribution of controlled substances, the *modus operandi* of persons involved with such acts, including the knowledge that persons involved in the criminal activity, particularly the distribution of controlled substances, frequently attempt to conceal their identities, the locations at which the illicit transactions occur, and the laundering of proceeds from the illicit activity to "plain" currency. These people are also known to have vehicles, properties, utilities, and other items purchased in the name of others to conceal their relationship between financial activities and drug activities. Your Affiant is also aware that drug traffickers typically develop a close circle of associates in whom they place their trust, and with whom they conspire regularly to safely and profitably carry out the routine of purchasing, transporting, processing, and selling illicit drugs.

## BASIS OF INFORMATION

5. During the course of this investigation, your Affiant has received information from the United States Marshals Service Violent Crimes/Fugitive Task Force Agency indicating that the subject(s) of this investigation is engaged in narcotics trafficking.

6. Your Affiant is familiar with the facts and circumstances of the offenses described in this affidavit based upon your Affiant's personal participation in the investigation of Freddie SANCHEZ, as well as through information obtained from other law enforcement agencies, witnesses, and reliable sources.

7. Except as otherwise noted, the information set forth in this Affidavit has been provided to your Affiant by DEA Agents or other law enforcement officers. Unless otherwise noted, whenever in this Affidavit your Affiant asserts that a statement was made, the information was provided by another law enforcement officer (who may have had either direct or hearsay knowledge of the statement) to whom your Affiant has spoken or whose report your Affiant has read and reviewed.

8. Since the Affidavit is being submitted for the limited purpose of securing arrest warrants, your Affiant has not included each and every fact known concerning this investigation. Your Affiant has set forth only the facts necessary to establish that there is probable cause to believe that the Freddie SANCHEZ has violated Title 21, United States Code, Sections 846 and 841(a)(1) and (b)(1)(C) - that is, possession with the intent to distribute heroin and cocaine.

## FACTS AND CIRCUMSTANCES

9.      On March 21, 2019, at approximately 9:00 am, United States Drug Enforcement Administration (DEA) Special Agent (SA) SA Kristofer White and (Task Force Officer) and TFO Jeffrey Jones met with the Elyria Police Department Detectives regarding Freddie SANCHEZ.  Elyria Police Narcotic Detectives had information that SANCHEZ was possibly involved with trying to assist Ivan Brooks to avoid police detection as Brooks was wanted for questioning regarding a murder.

10.     At approximately 9:33 am, Sgt. Denny Camarillo of the Lorain Police Department Narcotics Unit notified SA White and TFO Jones that Freddie SANCHEZ was arrested in North Carolina with THC Gummies. TFO Jones informed Elyria Police Detectives regarding the new information learned of SANCHEZ.

11.     SA White spoke to Deputy Hicks of the Iredell Sheriff's Department at which time Deputy Hicks stated that he stopped a 2019 White GMC Acadia for a traffic violation and the vehicle was occupied by several individuals.  According to Deputy Hicks, the driver of the Acadia was murder suspect Ivan L. Brooks.  Brooks provided an alias according to Deputy Hicks. During their investigation, Deputies located approximately a pound (1 lb) of THC gummies located inside the vehicle, which SANCHEZ took admitted to ownership.  SANCHEZ was then arrested by Deputy Hicks, and the other individuals were released to include Brooks.  SANCHEZ was booked into the Iredell County Jail and later bonded out during the evening hours on March 20, 2019.

12.     On March 21, 2019, at approximately 12:00 pm, United States Marshal's Service (USMS) TFO Bert Fitzgerald received a telephone call from SANCHEZ.  SANCHEZ advised TFO Fitzgerald that he was at The Great Lakes Truck Driving School in Columbia Station and was on lunch break until 12:30 pm.  SANCHEZ had a Parole Violation warrant through the Ohio Adult Parole Authority for being out of the State of Ohio without his Parole Officer's permission.

13.     At 12:25 p.m., the USMS Northern Ohio Violent Fugitive Task Force arrested SANCHEZ at Great Lakes Truck Driving School for a Parole Violation warrant through the Ohio Adult Parole Authority for being out of the State of Ohio without his Parole Officer's permission.  TFO Fitzgerald searched SANCHEZ incident to the arrest and located a plastic bag in his right front pants pocket. The plastic bag contained four (4) individually wrapped baggies. TFO Fitzgerald contacted TFO Jeff Jones regarding the arrest of SANCHEZ and suspected

narcotics seizure. SA White and TFO Jones responded to Great Lakes Truck Driving School to assist with the collection of the suspected narcotics.

14. A short time later, SANCHEZ and the suspected narcotics were transported to the Elyria Police Department for processing. SANCHEZ was escorted upstairs and into an interview room where he was released to the custody of the Elyria Police Department. The suspected illegal drugs were weighed and field-tested by Det. Straub of the EPD as witnessed by TFO Jones. As a result, the drugs field-tested positive for cocaine and heroin. The drugs were secured evidence and transported to the Lorain Police Department for safekeeping until it was transferred to the Lorain County Crime Laboratory for analysis. On March 22, 2019, the drug evidence was transported to the Lorain County Crime Laboratory for analysis. As a result, the Lorain County Crime Laboratory was able to determine that approximately 8.36 grams of cocaine and approximately 7.87 grams of heroin were seized from the person of Freddie SANCHEZ. Based upon how the drugs were packaged and the amounts, your Affiant believes the drugs were intended for distribution.

15. On March 21, 2019, SANCHEZ was transported to the Lorain County Jail based on his Ohio Adult Parole Authority violation. On April 29, 2019, SANCHEZ appeared before the Ohio Parole Board regarding his suspected parole violation. As a result, SANCHEZ was found to be in violation of his terms and conditions of supervision. SANCHEZ was sentenced to thirty days of incarceration. SANCHEZ is currently serving his thirty-day sentence at the Lorain Correctional Institution.

**CONCLUSION**

16. Based on the foregoing facts and circumstance, Your Affiant believes that there is probable cause to believe that Freddie SANCHEZ has committed the offense of possession with the intent to distribute cocaine and heroin, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

_____
Jeffrey M. Jones
Task Force Officer
Drug Enforcement Administration

Sworn to via telephone after submission by reliable electronic means. Crim.Rules. 4.1; 41(d)(3)



Thomas M. Parker
United States Magistrate Judge
**10:12 AM, May 24, 2019**